# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00172-CR

**Carlos Pantoja, Appellant**

**v.**

**The State of Texas, Appellee**

## NO. 03-08-00173-CR

**Carlos Alberto Pantoja, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT**
**NOS. D-1-DC-07-300047 & D-1-DC-07-300101**
**HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Carlos Pantoja seeks to appeal judgments of conviction for aggravated robbery. The trial court has certified that Pantoja waived the right of appeal. The appeals are dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   April 4, 2008

Do Not Publish